NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ERIC GORDON PELLERIN,                )
                                     )
        Appellant,                   )
                                     )
v.                                   )        Case No.  2D17-947
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                    )
_____ )

Opinion filed February 2, 2018.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Eric Gordon Pellerin, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

        Affirmed.


LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.